

FILED
RICHARD W. NAGEL
CLERK OF COURT

2017 AUG 30  AM 9: 17

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV. DAYTON

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN THE MATTER OF THE SEARCH OF          :          CASE NO. 3: 17 mj 399

   SEALED DOCUMENT                       :

                                         :          ORDER SEALING APPLICATION,
                                                    SEARCH WARRANT,
                                         :          SUPPORTING AFFIDAVIT AND
                                         :          RETURN

---

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application, Supporting Affidavit, Search Warrant and Return

for captioned Search Warrant be sealed and kept from public inspection until further Order of this

Court.

8/30/17
DATE

Michael N
MICHAEL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE